Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Benjamin J. Siegel (256260)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com
riop@hbsslaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRYAN LEE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-03267-JSW<br><br>JOINT STIPULATION RE DISMISSAL **AND ORDER THEREON** |

010742-11 1048367 V1

1    This Stipulation is made and entered into by and among Plaintiffs Bryan Lee *et al.*
2    (Plaintiffs), Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.
3    (Samsung), Defendants Micron Technology, Inc., and Micron Semiconductor Products, Inc.
4    (Micron), and Defendants SK hynix, Inc. and SK hynix America, Inc. (SK hynix) (Samsung, Micron,
5    and SK hynix are referred to collectively as Defendants, and Plaintiffs and Defendants are referred to
6    collectively as the Parties).

7    WHEREAS, on January 19, 2021, plaintiffs in *In re Dynamic Random Access Memory*
8    *(DRAM) Indirect Purchaser Antitrust Litigation*, Case No. 4:18-cv-02518-JSW-KAW, in the United
9    States District Court for the Northern District of California (*In re DRAM IPP* Lawsuit), on behalf of
10   themselves and all other similarly situated, filed a Notice of Appeal to the United States Court of
11   Appeals for the Ninth Circuit from the Judgment entered against plaintiffs by the District Court on
12   December 21, 2020 (ECF No. 122);

13   WHEREAS, on May 3, 2021, Plaintiffs filed a lawsuit against Defendants (Complaint),
14   styled *Lee et al. v. Micron Technology, Inc., et al.*, Case No. 4:21-cv-03267-LB in the United States
15   District Court for the Northern District of California (*Lee* Lawsuit);

16   WHEREAS, on June 2, 2021, District Judge Jeffrey S. White of the United States District
17   Court for the Northern District of California ordered that the *Lee* Lawsuit be related to the *In re*
18   *DRAM IPP* Lawsuit, and the *Lee* Lawsuit was re-styled Case No. 4:21-cv-03267-JSW;

19   WHEREAS, the appeal in *In re DRAM IPP* Lawsuit is currently pending before the United
20   States Court of Appeals for the Ninth Circuit, Case No. 21-15125 (*In re DRAM IPP Lawsuit*
21   Appeal); and

22   WHEREAS, the Parties wish to conserve resources and avoid unnecessary litigation time and
23   expense while simultaneously preserving their respective rights, defenses, and litigation positions.

24   NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL AGREEMENTS
25   CONTAINED HEREIN, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and
26   Defendants, through their respective counsel, as follows:

27   1.    Counsel for Samsung, Micron, and SK hynix agree to accept service by email, on
28   behalf of their respective clients, of the Complaint and summons in the *Lee* Lawsuit;

2. Counsel for Samsung, Micron, and SK hynix agree to accept service by email, on behalf of their respective clients, of the Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement in the *Lee* Lawsuit;

3. On or before fourteen (14) days following the completion by Defendants of the acts contemplated by paragraphs 1 and 2, Plaintiffs shall, pursuant to Federal Rule of Civil Procedure 41(a)(1), voluntarily dismiss the *Lee* Complaint, with all Parties agreeing that this dismissal is without prejudice;

4. If the dismissal of plaintiffs' Sherman Act claims in the *In re DRAM IPP Lawsuit* Appeal is affirmed by the Court of last resort to which such appeal has been taken and such affirmance has become no longer subject to further appeal or review, then Plaintiffs in the *Lee* Lawsuit agree not to reassert the claims in the *Lee* Complaint against Defendants;

5. However, if the dismissal of plaintiffs' Sherman Act claim in the *In re DRAM IPP Lawsuit* Appeal is *not* affirmed by the Court of last resort to which such appeal has been taken, Plaintiffs may choose to refile the claims asserted in the *Lee* Lawsuit in the future (the New Case). The New Case shall be commenced after *In re DRAM IPP Lawsuit* Appeal is no longer subject to further appeal or review, by filing a complaint in the United States District Court for the Northern District of California;

6. Should Plaintiffs choose to file the New Case within sixty (60) days after *In re DRAM IPP Lawsuit* Appeal is no longer subject to further appeal or review, all Defendants (Samsung, Micron, and SK hynix) agree not to assert any statute of limitations defense with regard to the claims asserted, except such defenses as may exist as of the date of this Stipulation, prior to dismissal of the *Lee* Complaint. The Parties' agreement herein shall not prejudice, release, or waive any of the Parties' respective claims or defenses, except as set forth specifically in this Stipulation.

IT IS SO STIPULATED.

DATED: July 19, 2021                                 HAGENS BERMAN SOBOL SHAPIRO LLP

                                                                  By      s/ *Steve W. Berman*
                                                                            STEVE W. BERMAN

1301 Second Ave, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Rio S. Pierce (298297)
Benjamin J. Siegel (25260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw,com
riop@hbsslaw.com

*Counsel for Plaintiffs*

O'MELVENY & MYERS LLP

By     s/ Ian Simmons
         IAN SIMMONS

1625 Eye Street, NW
Washington, DC 20006
Telephone:     +1 202 383 5300
Facsimile:      +1 202 383 5414
isimmons@omm.com

*Attorney for the Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

SIMPSON THACHER & BARTLETT LLP

By     s/ Harrison Frahn
         HARRISON FRAHN (S.B. # 206822)

2475 Hanover Street
Palo Alto, California 94304
Tel: (650) 251-5025
Fax: (650) 251-5002
hfrahn@stblaw.com

*Attorney for the Defendants Micron Technology, Inc., and Micron Semiconductor Products, Inc.*

EIMER STAHL LLP

By     s/ Nathan P. Eimer
         NATHAN P. EIMER (*pro hac vice*)

Nathan P. Eimer (*pro hac vice*)
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
neimer@eimerstahl.com

*Attorney for the Defendants SK hynix, Inc. and SK hynix America, Inc.*

***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 19, 2021

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(j)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

                                                    s/ Steve W. Berman
                                                    STEVE W. BERMAN